

ENTERED
01/22/2019

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 16-31922 |
| HYDROCARB ENERGY CORP. | § | (Chapter 7) |
|   Debtors | § | Jointly Administered |
| | § | JUDGE JONES |

_____

| | | |
|---|---|---|
| RODNEY TOW, CHAPTER 7 TRUSTEE | § | |
| FOR HYDROCARB ENERGY CORP. | § | |
| | § | |
| vs. | § | |
| | § | |
| MICHAEL WATTS; KENT WATTS; | § | Adversary No. 18-03075 |
| CLIFTON STANLEY, SMDRE, LLC; | § | |
| GEOSERVE MARKETING LLC; and | § | |
| LIFESTREAM, LLC | § | |

(Docket No. 33)

## STIPULATION AND ORDER REGARDING LIMITED STAY OF DISCOVERY

Pursuant to Federal Rule of Civil Procedure 29, Plaintiff Rodney Tow, Chapter 7 Trustee for Hydrocarb Energy Corp. ("Plaintiff"), and Defendants Michael Watts, Kent Watts, Geoserve Marketing LLC, and Lifestream, LLC (collectively "Defendants"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, Defendant Michael Watts has been indicted in a related criminal proceeding in the Eastern District of New York, *United States v. Michael Watts*, CR 17-372 ("Criminal Prosecution");

WHEREAS, Defendant Michael Watts could be designated as the corporate representative for Defendants Geoserve and Lifestream;

WHEREAS, Defendant Michael Watts contends that he could be unable to defend himself or Defendants Geoserve or Lifestream in this Adversary Proceeding if he invokes his Fifth Amendment right; and

WHEREAS, the Plaintiff and Defendants have agreed to a limited stay of discovery with respect to Defendants Michael Watts, Geoserve, and Lifestream;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by Plaintiff and Defendants, by and through their respective counsel, that:

1. No party to this stipulation will take the deposition of Defendant Michael Watts as an individual or as the corporate representative of Defendant Geoserve or Defendant Lifestream pending completion of the Criminal Prosecution.

2. No party to this stipulation will serve interrogatories upon Defendant Michael Watts as an individual or as the corporate representative of Defendant Geoserve or Defendant Lifestream pending completion of the Criminal Prosecution.

3. No party to this stipulation will serve requests for admission upon Defendant Michael Watts as an individual or as the corporate representative of Defendant Geoserve or Defendant Lifestream pending completion of the Criminal Prosecution.

4. Discovery will otherwise proceed in accordance with the Federal Rules of Civil Procedure, Federal Rules of Bankruptcy Procedure, and Local Rules of the U.S. Bankruptcy Court for the Southern District of Texas.

5. The parties to this stipulation agree that the jury trial in this case shall be conducted by U.S. Bankruptcy Judge David R. Jones.

**STIPULATION AND ORDER REGARDING**
**LIMITED STAY OF DISCOVERY**

DATED: December 20, 2018                                                Respectfully Submitted,

By: */s/ Chris Lindstrom* (by permission)        By: */s/ Jeaneen Kappell*
Christopher D. Lindstrom                                      Stephen Korotash
Texas State Bar No. 24032671                              Texas State Bar No. 24077415
SD Tex. No. 33525                                                    Jeaneen Kappell
POTTS LAW FIRM, LLP                                            Texas State Bar No. 24069656
3737 Buffalo Speedway, Suite 1900                      MORGAN, LEWIS & BOCKIUS LLP
Houston, Texas 77098                                              1717 Main Street, Suite 3200
713-963-8881 Telephone                                        Dallas, TX 75201-7347
713-583-5388 Facsimile                                          214-466-4000 Telephone
clindstrom@potts-law.com                                    214-466-4001 Facsimile
ATTORNEY FOR PLAINTIFF                                    Steve.Korotash@morganlewis.com
RODNEY TOW, TRUSTEE                                         Jeaneen.Kappell@morganlewis.com
                                                                                      ATTORNEYS FOR DEFENDANT
                                                                                      KENT WATTS

By: */s/ John Cossum* (by permission)
John S. Cossum
Texas State Bar. No. 04854500
THE LAW OFFICES OF JOHN S. COSSUM
440 Louisiana, Suite 900 Houston, TX 77002
713-222-6134 Telephone
713-222-6144 Facsimile
jcossum@cossumlaw.com
ATTORNEY FOR DEFENDANTS
GEOSERVE MARKETING, LLC,
LIFESTREAM, LLC AND MICHAEL WATTS

Page **3** of **4**

**STIPULATION AND ORDER REGARDING
LIMITED STAY OF DISCOVERY**

## **ORDER**

PURSUANT TO STIPULATION and for good cause appearing, IT IS SO ORDERED.

**Signed:  January 19, 2019.**

---
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**